# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RONALD J. ADAMS**

               V.                **CASE NUMBER: 5:04-CV-789(FJS/GJD)**

**AT&T CORP.**

| | |
|---|---|
| **[ ]** | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[XX]** | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendant AT&T CORP. against Plaintiff RONALD J. ADAMS pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., dated June 5, 2007, granting summary judgment to Defendant.

DATED:    <u>June 5, 2007</u>

*[signature]*
Clerk of Court

LKB:lmp